IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| FLAME S.A., | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No: 14-1189 |
| | ) | |
| v. | ) | |
| | ) | |
| FREIGHT BULK PTE. LTD., | ) | |
| | ) | |
| Defendant-Appellant | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, counsel for the Appellant, Freight Bulk Pte. Ltd. (hereinafter "FBP"), and moves to withdraw as counsel pursuant to Fourth Circuit Local Rule 46(c):

1. On March 24, 2014, FBP instructed undersigned counsel that Charles A. Rothfeld of Mayer Brown LLP, would be taking over representation of FBP in its pending Fourth Circuit appeal, and that undersigned counsel should withdraw from its representation of FBP in this matter.

2. Mr. Rothfeld filed a notice of appearance on behalf of FBP with this Court on March 24, 2014. (Docket #17). The same day, Mr. Rothfeld filed a Docketing Statement on behalf of FBP. (Docket #18).

3. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed the Appellee Flame S.A. of the intended filing of this motion. Flame S.A. has no objection to this motion.

4. As indicated on the certificate of service, undersigned counsel has served a copy of this motion on Appellee Flame S.A., and upon Appellant's new counsel, Mr. Rothfeld.

1

Respectfully submitted this 25th day of March, 2014

                CHALOS & Co, P.C.

By:    /s/ George M. Chalos
       George M. Chalos, Fed ID: GC-8693
       55 Hamilton Avenue
       Oyster Bay, New York 11771
       Telephone: (516) 714-4300
       Facsimile: (516) 750-9051
       Email: gmc@chaloslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2014, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

                CHALOS & Co, P.C.

By:    /s/ George M. Chalos
       George M. Chalos, Fed ID: GC-8693
       55 Hamilton Avenue
       Oyster Bay, New York 11771
       Telephone: (516) 714-4300
       Facsimile: (516) 750-9051
       Email: gmc@chaloslaw.com