

BLANK ROME LLP
COUNSELORS AT LAW

Phone:      (212) 885-5152
Fax:        (917) 332-3858
Email:      WBennett@BlankRome.com

May 21, 2014

**BY ECF**

Taline Fischer
Office of the Clerk of Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

Re:    *Flame S.A. v. Freight Bulk Pte. Ltd.*, No. 14-1189

Dear Ms. Fischer:

We represent Appellee Flame S.A. ("Flame") in the above-titled matter. Flame submits this letter to advise the Court of the status of proceedings before the District Court, and to inform the Court that trial is scheduled to begin on June 23, 2014.

This case is before the Court on an interlocutory appeal from the Honorable Robert G. Doumar, U.S. District Judge for the Eastern District of Virginia. On March 7, 2014, the Court granted the parties' Joint Motion to Accelerate Case Processing. (ECF No. 8.) On May 14, 2014, oral argument was heard before the Honorable J. Harvie Wilkinson III, the Honorable G. Steven Agee, and the Honorable Albert Diaz.

Judge Doumar has scheduled trial to begin on June 23, 2014. On May 16, 2014, Flame filed a motion in the District Court requesting that Judge Doumar continue the trial to September 2014. A decision on Flame's motion is pending.

Respectfully submitted,

William R. Bennett III

WRB:nrt

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton   •   Cincinnati   •   Houston   •   Los Angeles   •   New York   •   Philadelphia   •   Princeton   •   Shanghai   •   Washington   •   Wilmington



Taline Fischer
May 21, 2014
Page 2


cc:    By E-Mail:
       Alan M. Weigel, Esq.
       Lauren Brooke Wilgus, Esq.
       Nicholas R. Tambone, Esq.
       Charles Alan Rothfeld, Esq.
       Patrick Michael Brogan, Esq.
       Carmine Ralph Zarlenga III, Esq.
       Paul Whitfield Hughes III, Esq.
       Richard P. Caldarone, Esq.